## Commonwealth v. Bufalni, Appellant.

Argued April 9, 1973.
*A. Dudash,* with him *John J. Hudacsek, Jr., Anthony J. Lalama,* and *Hudacsek & Lewis,* for appellant; *W. Lipecky,* Assistant District Attorney, with him *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.